# MINUTES OF PROCEEDINGS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KENT DOUGLAS, ) | Case No. 1:07CV0077 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Magistrate Judge Hemann** |
| GE ENERGY REUTER STOKES, ) | |
| ) | |
| Defendant. ) | |

Attorney for Plaintiff: *Mr. Lazzaro*

Attorney for Defendant: *Mr. Searey*

## MATTERS CONSIDERED:

*Case settled. Dismissal due within 3 weeks.*

DATE: 5/30/07

TIME: 11:3 hrs

s/ Patricia A. Hemann
United States Magistrate Judge
Patricia A. Hemann