UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENT DOUGLAS | ) | CASE NO. 1:07 CV 77 |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE HEMANN |
| v. | ) | |
| GE ENERGY REUTER STOKES, | ) | **STIPULATION FOR DISMISSAL AND DISMISSAL ENTRY** |
| Defendants. | ) | |

This matter having come before the Court by agreement of the parties, the Court having been fully advised and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED:

_____
United States Federal Court
Magistrate Judge Hemann

_____
Anthony J. Lazzaro, Esq.
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, OH  44113

Attorneys for Plaintiff

_____
Bruce G. Hearey (0009087)
Ogletree, Deakins, Nash, Smoak &
Stewart P.C.
127 Public Square
Suite 4130
Cleveland, Ohio 44114
Ph: 216-241-6100
Fax: 216-357-4733
Email: bruce.hearey@ogletreedeakins.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of June, 2007, a copy of the *Stipulation for Dismissal and Dismissal Entry* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Bruce G. Hearey
Bruce G. Hearey (0009087)
Ogletree Deakins Nash Smoak & Stewart P.C.
200 Public Square - Suite 4060
Cleveland, OH  44114
Ph: 216.357.4722
Fax: 216.357.4733
Email: bruce.hearey@ogletreedeakins.com

Attorneys for Defendant
GE Energy Reuter Stokes

4994900.1 (OGLETREE)